USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESUS AMERICO CENTENO SILVA,

Plaintiff,

-against-

BOARD OF MANAGERS OF 325 FIIFTH AVENUE CONDOMINIUM, et al.,

Defendants.

**ORDER**

**26-CV-8489 (VSB) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

Plaintiff's request for a Spanish interpreter for the Initial Case Management Conference scheduled for December 14, 2026 is **DENIED**. The Court does not have funds for this.

**The Clerk of Court is directed to mail a copy of this order to the Plaintiff.**

Dated: New York, New York
November 23, 2026

SO ORDERED.

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge